### 15780.	COHEN *v.* GALBRAITH.

BLOODWORTH, J. This is a companion case to that of *Cohen* v. *Phipps,* ante, 431 (126 S. E. 881); similar questions are involved, and it is controlled by the opinion in that case.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

> DECIDED MARCH 3, 1925.

Damages; from city court of Atlanta—Judge Reid. May 24, 1924.

*Carl B. Copeland,* for plaintiff in error.
*Harwell, Fairman & Barrett,* contra.